# United States Court of Appeals
## For the First Circuit

---

No.05-2721

GLADEN VELEZ,

Plaintiff, Appellant,

v.

JANSSEN ORTHO, LLC,

Defendant, Appellee.

---

ERRATA

The opinion of this court issued on November 3, 2006, is amended as follows:

On page 6, insert the following language at the end of Footnote 6:

> For example, if, as a matter of standard procedure, a company never advertises specific positions that are available for promotion or employment, it might be inappropriate to require the identification of specific positions in a job application. However, as we have indicated, Janssen did advertise the availability of specific positions if no current employees were selected. Velez's August 2001 letters were not sent in response to any such advertisement.